■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT McWHINNEY, Appellant, v CARL SMITH, as Superintendent of Marcy Correctional Facility, et al., Respondents. [632 NYS2d 40] —Judgment unanimously affirmed without costs. Memorandum: On appeal, relator has abandoned the contention advanced in his petition seeking a writ of habeas corpus. Instead, he asserts that the New York State Division of Parole failed to prove, by a preponderance of the evidence, that relator violated the terms of his parole. That issue is not properly before us because it was not advanced at Supreme Court and is not encompassed within the issues raised by the petition (see, Byrne Family Mgt. v Village of Phoenix, 190 AD2d 1032). Were we to address that issue, we would find it to be lacking in merit. (Appeal from Judgment of Supreme Court, Oneida County, Murad, J.—Habeas Corpus.) Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SEAN McLAUGHLIN, Appellant, v RICHARD J. PISCIOTTI, as Sheriff of the County of Wayne, Respondent. [632 NYS2d 1000] —Appeal unanimously dismissed without costs as moot (see, Kassebaum v al-Rahman, 212 AD2d 482). (Appeal from Judgment of Supreme Court, Wayne County, Sirkin, J.—Habeas Corpus.) Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED MANCUSO, Appellant, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Respondent. [633 NYS2d 1022] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Dadd, J. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Habeas Corpus.) Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EPIFANIO SANTIAGO, Appellant, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, et al., Respondents. [632 NYS2d 1000]—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Flaherty, J.—Habeas Corpus.) Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.